**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUPERT M. ROE,<br><br>           Plaintiff,<br><br>     v.<br><br>PAT HORN,<br><br>           Defendant. | Case No. 1:24-cv-01339 KES EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 12 |

Plaintiff Rupert M. Roe is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2025, the assigned magistrate judge screened the complaint and concluded that Roe failed to state any cognizable claims. Doc. 10 at 4-8. The magistrate judge directed Roe to file a first amended complaint or to notify the Court that he wanted to stand on his complaint within thirty (30) days. *Id.* at 9. Roe did not file an amended complaint or otherwise respond to the Screening Order.

On February 12, 2026, the magistrate judge issued findings and recommendations incorporating the findings of the Screening Order that Roe railed to state a cognizable claim and recommending dismissal for failure to state a cognizable claim upon which relief may be granted. Doc. 12 at 3-8. The magistrate judge also found that Roe failed to prosecute the action and failed to comply with the Court's order. The magistrate judge found that terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza*,

1

291 F.3d 639, 642 (9th Cir. 2002). *Id.* at 8-9. The magistrate judge recommended the action be dismissed without prejudice. *Id.* at 9.

The Court served the findings and recommendations on Roe and notified him that any objections were due within 30 days. Doc. 12 at 9. The Court advised Roe that the failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 10 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Roe did not file objections and the deadline to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court **ORDERS**:

1.      The findings and recommendations issued on February 12, 2026 (Doc. 12) are **ADOPTED** in full.

2.      This action is **DISMISSED**, with prejudice, for failure to state a cognizable claim, failure to prosecute, and failure to comply with a court order.

3.      The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    April 7, 2026

UNITED STATES DISTRICT JUDGE

2